```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SABBY VOLATILITY WARRANT MASTER FUND LTD., ET AL.,<br>　　　　　　　　　　Plaintiffs,<br><br>　- against -<br><br>KEVIN J. KENNEDY, ET AL.,<br><br>　　　　　　　　　　Defendants. | 23-cv-601 (JGK)<br><br>ORDER |

JOHN G. KOELTL, District Judge:

　　As discussed at the telephone conference held today, by **Friday, April 21, 2023,** the parties should submit a joint stipulation setting forth a proposed briefing schedule for the defendants' anticipated motion to dismiss, including a deadline 21 days after the filing of the motion to dismiss by which the plaintiff may respond to the motion or file an amended complaint. The stipulation should include deadlines for the filing of a second motion to dismiss in response to an amended complaint, as well as deadlines for the related responses and replies.

SO ORDERED.

Dated:　New York, New York
　　　　April 17, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　　United States District Judge