```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────
SABBY VOLATILITY WARRANT MASTER FUND
LTD., ET AL.,

                Plaintiffs,           23-cv-601 (JGK)

     - against –                      ORDER

KEVIN J. KENNEDY, ET AL.,

                Defendants.
────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

    The defendants are directed to submit courtesy copies of the pending fully briefed motion to dismiss.

**SO ORDERED.**

Dated:    New York, New York
            June 16, 2023

                                           /s/ John G. Koeltl
                                              John G. Koeltl
                                    **United States District Judge**