UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SABBY VOLATILITY WARRANT
MASTER FUND, LTD.
                Plaintiff(s)

                23 civ 601 (JGK)

    -against-

KEVIN J. KENNEDY,
                Defendant(s).
-------------------------------------------------------------X

## ORDER

A pending motion to dismiss now fully-briefed,

The conference for July 18, 2023, at 4:00pm, is canceled.

**SO ORDERED.**

                                              JOHN G. KOELTL
                                    UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       July 12, 2023