UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SABBY VOLATILITY WARRANT MASTER FUND LTD., ET AL., | 23-cv-601 (JGK) |
| Plaintiffs, | ORDER |
| - against - | |
| KEVIN J. KENNEDY, ET AL., | |
| Defendants. | |

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a telephone conference on **December 13, 2023**, at **11:30 a.m.**, for oral argument on the motion to dismiss.

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:   New York, New York
         December 4, 2023

                                    _____
                                           John G. Koeltl
                                    United States District Judge