UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SABBY VOLATILITY WARRANT MASTER FUND
LTD., ET AL.,                                    23-cv-601 (JGK)

                         Plaintiffs,            ORDER

          - against -

KEVIN J. KENNEDY, ET AL.,

                         Defendants.
_____

JOHN G. KOELTL, District Judge:

     For the reasons stated on the record today, the defendants'

motion to dismiss is **denied**. The Clerk is directed to close ECF

No. 53.

     The parties are directed to submit a Rule 26(f) report by

**December 22, 2023.**

SO ORDERED.

Dated:    New York, New York
          December 13, 2023

                                        _____
                                             John G. Koeltl
                                        United States District Judge