UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABBY VOLATILITY WARRANT MASTER FUND LTD., et al,
                Plaintiffs,

-against-

KEVIN J. KENNEDY, et al.,
                Defendants.

23-CV-601 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

      By Order of Reference dated May 22, 2024 (ECF 79), Judge John G. Koeltl referred this case to Magistrate Judge Gabriel W. Gorenstein for general pretrial supervision, including scheduling, discovery, non-dispositive pretrial motions, and settlement. On the same day, that referral was reassigned to me. The discovery dispute at ECF 78 is within the scope of my referral.

      By **5:00 PM on May 29, 2024**, Plaintiffs shall file on the docket their response to Defendants' letter at ECF 78.

      This action is scheduled for a Telephone Conference on **May 30, 2024, at 11:30 AM**. Counsel are directed to join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 644 426 136 #**.

Dated:      May 23, 2024
              New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge