UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sabby Volatility Warrant Master Fund Ltd., et al., <br><br>                Plaintiffs, <br><br>    -against- <br><br>Kevin J. Kennedy, et al., <br><br>                Defendants. | 23-CV-00601 (JGK) (RFT) <br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I held a telephonic conference on Tuesday, October 15, 2024 to discuss the status of discovery. The parties recently learned of additional documents that had not been collected or reviewed for production, which constitutes good cause for an extension of the discovery schedule. Defendants shall make best efforts to substantially complete their rolling document production by **November 8, 2024**. Also by **November 8, 2024**, Defendants shall provide Plaintiffs with a privilege log associated with the portion of their document production that has been completed. The parties shall provide joint weekly updates on the status of discovery beginning on **October 18, 2024**, and continuing until fact discovery is completed. By **November 1, 2024**, Defendants shall advise Plaintiffs of the date by which they expect to complete the balance of their privilege log, and that information shall be included in the parties' status update to the Court on that date. The deadline for completion of fact discovery is extended until **December 9, 2024**. Initial expert disclosures shall be made by **December 13, 2024**, and expert discovery shall be completed by **January 10, 2025**. Dispositive motions, if any, shall be briefed in accordance with the following schedule: motions and supporting papers shall be filed by **February 7, 2025**;

opposition papers shall be filed by **February 28, 2025**; and reply papers shall be filed by **March 9, 2025**. The deadline for pre-trial submissions is **February 28, 2025**, and the trial-ready date is **March 7, 2025**, unless any dispositive motions are filed, in which case the deadline for pre-trial submissions shall be three weeks from the Court's decision on any such motion and the trial-ready date shall be four weeks from the Court's decision on any such motion. I am extremely unlikely to grant further extensions of this schedule absent extraordinarily good cause.

DATED:  October 16, 2024
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge