UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――

SABBY VOLATILITY WARRANT MASTER FUND
LTD., ET AL.,                                                  23-cv-601 (JGK)

                        Plaintiffs,              ORDER

        - against ―

KEVIN J. KENNEDY, ET AL.,

                        Defendants.

―――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

        The conference scheduled for **Thursday, May 1, 2025,** at **2:30**

**p.m.** is adjourned to **Tuesday, May 6, 2025,** at **4:00 p.m.**

        Dial-in: 646-453-4442, with access code 675 278 33#.

SO ORDERED.

Dated:    New York, New York
          May 1, 2025

                                              John G. Koeltl
                                     United States District Judge