```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------

SABBY VOLATILITY WARRANT MASTER
FUND LTD., ET AL.,
            Plaintiffs,

   - against -

KEVIN J. KENNEDY, ET AL.,
            Defendants.

---------------------------------------

23-cv-601 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants should file the proposed motion for summary judgment by **June 6, 2025**. The plaintiffs should respond by **July 7, 2025**. The defendants should reply by **July 25, 2025**.

SO ORDERED.
Dated:   New York, New York
          May 6, 2025

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                           United States District Judge