UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABBY VOLATILITY WARRANT
MASTER FUND LTD., et al.,

    Plaintiffs,

vs.

KEVIN J. KENNEDY et al.,

    Defendants.

Case No. 1:23-cv-00601 (JGK)(RFT)

**NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, dated June 6, 2025, Defendants move this Court, before the Honorable John G. Koeltl, at the United States Courthouse, 500 Pearl St., New York, NY, for an Order dismissing this action with prejudice pursuant to Rule 56 of the Federal Rules of Civil Procedure.[1]

---

[1] During the May 6, 2025 premotion conference, the Court granted Defendants' request that they be allowed to file *Daubert* motions moving to strike the testimony of Plaintiffs' experts Dr. Luke Stein and Mr. John Levy.  Defendants plan to file those motions only if Plaintiffs rely on their experts' testimony in their forthcoming brief in opposition to Defendants' motion for summary judgment.

DATED: June 6, 2025

        Respectfully submitted,

        /s/ Thomas Zaccaro
        Thomas Zaccaro *(admitted pro hac vice)*
        **HUESTON HENNIGAN, LLP**
        523 West 6th St, Suite 400
        Los Angeles, CA 90014
        Telephone: 213.788.4039
        tzaccaro@hueston.com

        *Attorney for Defendants*