**THOMAS ZACCARO**    tzaccaro@hueston.com    523 West 6th Street
D: 213 788 4039    Suite 400
T: 213 788 4340    Los Angeles, CA 90014

# HUESTON HENNIGAN LLP

June 12, 2025

*Application granted. The Clerk is directed to seal ECF Nos. 129, 129-1, 130-19, 130-20, 130-21, 130-22, and 131. So Ordered.*

*[signature]*

*6/16/25 U.S.D.J.*

Hon. John G. Koeltl
U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *Sabby Volatility Warrant Master Fund Ltd., et al. v. Kennedy, et al.,*
        **Case No. 1:23-cv-00601 (JGK)**

Dear Judge Koeltl:

We represent Defendants Kevin J. Kennedy, Patrick Archambault, Jim DiSanto, Karen Francis, Tamer Hassanein, Lisa Kelley, Thomas M. Rohrs, and Tianyue Yu in the above-entitled action. We write pursuant to ECF Filing Rule 21.8 to respectfully request that the Court order the sealing of Docket Entry Nos. 129, 129-1, 130-19, 130-20, 130-21, 130-22, and 131. These filings were inadvertently submitted on the public docket and were designated by Plaintiffs as containing confidential information pursuant to the Protective Order entered in this matter.

Defendants regret the oversight and take this matter seriously. To correct the error, Defendants respectfully request that the Court formally seal the above-referenced docket entries. Defendants will then promptly file appropriately redacted versions of the sealed filings to preserve the public's access to non-confidential information.

Respectfully submitted,

/s/ Thomas Zaccaro
Thomas Zaccaro *(admitted pro hac vice)*
**HUESTON HENNIGAN, LLP**
523 West 6th St, Suite 400
Los Angeles, CA 90014
Telephone: 213.788.4039
tzaccaro@hueston.com

*Attorney for Defendants*