UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABBY VOLATILITY WARRANT MASTER FUND LTD., et al.,<br><br>    Plaintiffs,<br>vs.<br><br>KEVIN J. KENNEDY et al.,<br><br>    Defendants. | Case No. 1:23-cv-00601 (JGK)(RFT) |

## NOTICE OF DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF JOHN LEVY

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Exclude Expert Testimony of John Levy, dated August 12, 2025, Defendants move this Court, before the Honorable John G. Koeltl, at the United States Courthouse, 500 Pearl St., New York, NY, pursuant to Fed. R. Civ. P. 702, L.R. 6.1, for an Order granting Defendants' Motion to Exclude Expert Testimony of John Levy, and for such other relief as the Court may deem just and proper.

DATED: August 12, 2025

Respectfully submitted,

/s/ Thomas Zaccaro
Thomas Zaccaro *(admitted pro hac vice)*
**HUESTON HENNIGAN, LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: 213.788.4039
tzaccaro@hueston.com

*Attorney for Defendants*