**THOMAS ZACCARO**
*Attorney*

tzaccaro@hueston.com
D: 213 788 4039
T: 213 788 4340
F: 888 866 4825

523 West 6th Street
Suite 400
Los Angeles, CA 90014

# HUESTON HENNIGAN LLP

September 26, 2025

Hon. John H. Koeltl
Hon. Robyn F. Tarnofsky
U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     <u>Sabby Volatility Warrant Master Fund Ltd., et al. v. Kennedy, et al.,</u>
        <u>Case No. 1:23-cv-00601 (JGK) (RFT)</u>

Dear Judge Koeltl and Judge Tarnofsky[1]:

  We represent Defendants Kevin J. Kennedy, Patrick Archambault, Jim DiSanto, Karen Francis, Tamer Hassanein, Lisa Kelley, Thomas M. Rohrs, and Tianyue Yu in the above-entitled action. We write pursuant to Rule III.G of the Judge Koeltl's Individual Rules and Practices and Rule III.F of Judge Tarnofsky's Individual Rules and Practices to respectfully request oral argument on Defendants' pending motion to exclude the expert testimony of John Levy (Dkt. 153).

Respectfully submitted,

*/s/ Thomas Zaccaro*
Thomas Zaccaro (admitted *pro hac vice*)
**HUESTON HENNIGAN, LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: 213.788.4039
tzaccaro@hueston.com

*Attorney for Defendants*

---

[1] We address this correspondence to both Judge Koeltl and Judge Tarnofsky because while this matter has been assigned to Judge Tarnofsky for general pretrial supervision, resolution of Defendants' pending motion to exclude the expert testimony of John Levy (Dkt. 153) directly impacts Defendants' Motion for Summary Judgment (Dkt. 128), which is currently pending before Judge Koeltl.