UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABBY VOLATILITY WARRANT MASTER FUND LTD., et al.,

                Plaintiffs,

  -against-

KEVIN J. KENNEDY, et al.,

                Defendants.

23-CV-00601 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 12, 2025, Defendant filed a Motion to Disqualify Plaintiff's Expert and accompanying Memorandum of Law. (*See* ECF 153, Def.'s Mot.; ECF 154, Def.'s Mem.) On August 13, 2025, Defendant's filed a Declaration in support of their Motion. By Order of Reference dated May 22, 2024 (ECF 79, Order), Judge John G. Koetl referred this case to Judge Gabriel W. Gorenstein for general pretrial supervision, including scheduling, non-dispositive pretrial motions, and settlement. On the same day, that referral was reassigned to me. The Defendant's Motion to Disqualify Plaintiff's Expert is within the scope of my referral.

The Court would find it helpful to review the full transcript of the deposition of the Plaintiff's Expert, John Levy, to adjudicate Defendant's motion to Disqualify Plaintiff's Expert.

Accordingly, it is ORDERED that:

1. No later than October 17, 2025, Defendant shall make a supplemental submission in further support of its Motion to Disqualify Plaintiff's Expert. This submission should include the full transcript of the Deposition of Plaintiff's Expert John Levy.

DATED: October 10, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge