UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

SABBY VOLATILITY WARRANT MASTER
FUND LTD., ET AL.,                                23-cv-0601 (JGK)
                          Plaintiffs,
                                                 ORDER
          - against -

KEVIN J. KENNEDY, ET AL.,
                          Defendants.

------------------------------------

JOHN G. KOELTL, District Judge:

     The parties are directed to appear for oral argument on the

motion for summary judgment (ECF No. 128) on **Wednesday, February

18, 2025, at 2:30 p.m.,** in Courtroom 14A, 500 Pearl Street, New

York, New York, 10007.


SO ORDERED.
Dated:    New York, New York
          February 2, 2026

                                   John G. Koeltl
                           United States District Judge