**O L S H A N**

1325 AVENUE OF THE AMERICAS • NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 • FACSIMILE: 212.451.2222

EMAIL: KKLEIN@OLSHANLAW.COM
DIRECT DIAL: 212.451.2239

February 3, 2026

*ADJOURNED TO WEDNESDAY,
MARCH 11, 2026, AT 11:00AM.
SO ORDERED,
2/4/26 [signature]
U S D J*

VIA ECF
Hon. John G. Koeltl
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *Sabby Volatility Warrant Master Fund, Ltd., et al., v. Kennedy, et al.*, No. 23-cv-0601 (JGK)(RFT)

Dear Judge Koeltl:

We are counsel for Plaintiffs Sabby Volatility Warrant Master Fund Ltd., SZOP Multistrat LP, Alto Opportunity Master Fund SPC-Segregated Master Portfolio B, and Hudson Bay Master Fund Ltd. (collectively, "Plaintiffs") in the above-referenced matter. We write with the consent of counsel for Defendants to respectfully request an adjournment of the summary judgment argument scheduled by this Court for February 18, 2026 (Dkt. No. 166).

Plaintiffs' counsel has a conflict on February 18, 2026 – a court-ordered, in-person argument in the U.S. District Court for the Eastern District of Texas. The Texas court has already rescheduled that argument once and rejected a request for a longer adjournment. Plaintiffs and Defendants are available on February 24, 2026, and respectfully request that the Court reschedule argument for any time that day. If the Court is unavailable on February 24, Plaintiffs respectfully request that the Court reschedule argument for February 27, 2026 (on which date Defendants' counsel is also available), or at the Court's convenience thereafter.

This is the parties' first request for an adjournment of oral argument on Defendants' motion for summary judgment, and Defendants consent to the requested adjournment. We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Kerrin T. Klein*

Kerrin T. Klein

CC:  All counsel of record (via ECF)