UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sabby Volatility Warrant Master Fund
Ltd.,

                    Plaintiff,

          - against -

Kevin J. Kennedy, et al.,

                    Defendants.

23-cv-0601 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should file a joint pre-trial order, together with proposed voir dire requests and request to charge, and motions in limine by **June 5, 2026.** Responses and objections are due by **June 19, 2026.**

    The parties should be ready for trial, with 48 hours' notice, by **July 3, 2026.**

SO ORDERED.

Dated:     New York, New York
           March 19, 2026

                              John G. Koeltl
                         United States District Judge