UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SABBY VOLATILITY WARRANT
MASTER FUND, et al,

     Plaintiff(s)

               23 civ 601 (JGK)

  -against-

KEVIN J. KENNEDY, et al,

      Defendant(s).
-------------------------------------------------------------X

## ORDER

A final pretrial conference will be held on **Wednesday, November 4, 2026, at 11:30am.**

**Trial in this matter shall commence on Tuesday, November 10, 2026, at 9:00am.**

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
   May 13, 2026